ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. 11333
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3624
Facsimile: (702) 990-3835
aherold@heroldsagerlaw.com
jzlotlow@heroldsagerlaw.com

Attorneys for LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; UNDERWRITERS AT LLOYDS, LONDON, an England corporation; and FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation,<br><br>Defendants. | CASE NO. 2:18-CV-01369-APG-GWF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR LEXINGTON INSURANCE COMPANY TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS [FIRST REQUEST]** |

Plaintiff CENTEX HOMES ("CENTEX") and Defendant LEXINGTON INSURANCE COMPANY ("LEXINGTON"), by and through their attorneys of record, and pursuant to Local Rules 6-1(a)(b)(c) and 6-2, hereby stipulate and agree as follows:

WHEREAS, CENTEX filed a Complaint on or about July 25, 2018, in the United States District Court, District of Nevada as Case Number 2:18-CV-01369, naming LEXINGTON as a defendant;

WHEREAS, on or about November 12, 2018, LEXINGTON filed a Motion to Dismiss CENTEX's Second Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing and Third Cause of Action for Violations of the Unfair Claims Settlement Practices Act, Nevada Revised Statute section 686A.310 pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, CENTEX filed an Opposition to LEXINGTON's Motion to Dismiss on or about November 26, 2018;

WHEREAS, LEXINGTON has requested, and CENTEX has consented to, an extension of time for LEXINGTON to file a Reply in Support of its Motion to Dismiss to December 10, 2018;

WHEREAS, LEXINGTON's handling attorneys are otherwise unavailable during the time frame before the Reply's current due date in order to allow adequate time to prepare a Reply for client review;

WHEREAS, this stipulation is not made for purposes of delay;

NOW, THEREFORE, CENTEX and LEXINGTON, by and through their respective counsel, hereby stipulate and agree that the deadline for LEXINGTON to file a Reply in Support of its Motion to Dismiss shall be extended to December 10, 2018.

DATED: November 27, 2018          PAYNE & FEARS LLP

                                  By:  */s/ Sarah J. Odia*
                                  SCOTT S. THOMAS, ESQ.
                                  sst@paynefears.com
                                  SARAH J. ODIA, ESQ.
                                  sjo@paynefears.com
                                  Attorneys for Plaintiff CENTEX HOMES

DATED: November 27, 2018          HEROLD & SAGER

                                  By:  */s/ Joshua A. Zlotlow*
                                  ANDREW D. HEROLD, ESQ.
                                  aherold@heroldsagerlaw.com
                                  JOSHUA A. ZLOTLOW, ESQ.
                                  jzlotlow@heroldsagerlaw.com
                                  Attorneys For Defendant LEXINGTON INS. CO.

**IT IS SO ORDERED:**

                                                              11/28/2018
                                  _____
                                  UNITED STATES DISTRICT JUDGE