Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; UNDERWRITERS AT LLOYDS, LONDON, an England corporation; and FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation,<br><br>Defendants. | Case No.: 2:18-cv-01369-APG-GWF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO UNDERWRITERS AT LLOYD'S, LONDON'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [ECF 29]**<br><br>**[FIRST REQUEST]**<br><br>**ORDER** |

On December 21, 2018, Defendant Underwriters At Lloyd's, London ("Underwriters") filed a Motion To Dismiss [Centex Homes' Complaint] for Lack of Subject Matter Jurisdiction [ECF 29] The original deadline for Plaintiff Centex Homes ("Centex") to file its response to Underwriter's Motion was January 4, 2019. Centex and Defendant Underwriters, by and through their counsel of record, hereby stipulate that: (1) Centex shall have an extension from January 4, 2019, until January 18, 2019, to file a response to Underwriter's Motion to Dismiss; and (2) Underwriters shall have until February 1, 2019 to file a reply in support of the Motion. This is

Centex's first request for such an extension.

DATED: January 2, 2019         PAYNE & FEARS LLP

By     */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300

Attorneys for CENTEX HOMES

DATED: January 2, 2019         LAXAGUE LAW, INC.

By     */s/ Joe Laxague*
Joe Laxague, NV Bar No. 7417
1 East Liberty, Suite 600
Reno, NV 89501
Tel. (775) 234-5221

Attorneys for Defendant UNDERWRITERS AT LLOYD'S, LONDON

**ORDER**

IT IS SO ORDERED.

Dated: January 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

4814-9480-5892.1