Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorney for Lexington Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation,<br><br>　　　　　　Defendants. | Case No.: 2:18-CV-01369-APG-GWF<br><br><br><br>**STIPULATION AND<br>　ORDER FOR DISMISSAL<br>　WITHOUT PREJUDICE** |

///

///

///

///

///

///

///

///

///

The undersigned parties, by and through their counsel of record, hereby stipulate, pursuant to NRCP 41, that Plaintiff's claims in the above-captioned action against Defendant Lexington Insurance Company are dismissed without prejudice. All parties are to bear their own costs, fees, and expenses hereto.

Dated this 16th day of July, 2019.                    Dated this 16th day of July, 2019.

*/s/ Howard J. Russell*
Howard J. Russell, Esq.
Nevada Bar No. 8879
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorney for Lexington Insurance Company*

*/s/ Sarah J. Odia*
Scott S. Thomas
Nevada Bar No. 7937
Sarah J. Odia
Nevada Bar No. 11053
PAYNE & FEARS, LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, NV 89118

*Attorneys for Plaintiff Centex Homes*

## ORDER

Pursuant to the Stipulation for Dismissal of the parties hereto, Plaintiff's claims in the above-captioned action against Defendant **Lexington Insurance Company** are hereby **DISMISSED WITHOUT PREJUDICE**. All parties are to bear their own costs, expenses and fees.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 17, 2019.