# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, | Case No.: 2:18-cv-01369-APG-EJY |
| Plaintiff | **Order for Status Report** |
| v. | |
| INTERSTATE FIRE & CASUALTY COMPANY, et al., | |
| Defendants | |

I ORDER the parties to file a status report by January 31, 2020.

DATED this 9th day of January, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE